NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6408 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2300

**FILED**

**I I MAY 25 AM 10: 15**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY :_____

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Shokrian<br><br>Plaintiff(s),<br><br>v.<br><br>Bank of America Corp.; and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER<br><br>**CV11 04494 · E**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for    Jonathan Shokrian
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Jonathan Shokrian<br>909 Hartford Way, Beverly Hills California | Plaintiff |
| Tammy Hussin (Bar No. 155290)<br>*Of Counsel*<br>Lemberg & Associates LLC<br>6408 Merlin Dr., Suite #100<br>Carlsbad, CA 92011<br>Telephone (855) 301-2300 ext. 5514<br>thussin@lemberglaw.com | Attorney to the Plaintiff |

May 25, 2011

Date

/s/ Tammy Hussin

Sign

Tammy Hussin

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)